FILED

07/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0235

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 20-0235

CLIFFORD OLD HORN,

Petitioner,

v.

LYNN GUYER, Warden,
Montana State Prison,

Respondent.

**ORDER**

Upon consideration of Respondent's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including September 1, 2020, within which to prepare, serve, and file his response.

**RB**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 23 2020